**Petition for Writ of Mandamus Denied and Opinion filed October 12, 2021.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-21-00548-CV

## IN RE JOHNNIE R. SANDLES, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-26219**

## MEMORANDUM OPINION

On October 1, 2021, relator Johnnie R. Sandles filed a petition for writ of mandamus and motion for emergency stay in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Beau A. Miller, presiding judge of the 190th District Court of Harris County, to vacate his August 24, 2021, order granting third-party defendant Fidelity National Financial, Inc. d/b/a Fidelity National Title Insurance Co.'s motion to dismiss pursuant to Rule 91a.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus and motion for emergency stay.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.